DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554
Fax: 702-474-4210
Attorney for Defendant
ROBERT BUCHANNON

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-00315-JCM-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | EMERGENCY STIPULATION |
| | ) | ORDER TO ALLOW |
| v. | ) | DEFENDANT BUCHANNON |
| | ) | TO TRAVEL |
| | ) | |
| ROBERT BUCHANNON | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between ROBERT BUCHANNON, Defendant, by and through his counsel DUSTIN R. MARCELLO, ESQ., and the United States of America, KATHRYN NEWMAN, Assistant United States Attorney, that Defendant Buchannon is allowed to travel and from Michigan to handle his legal matters.

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to Assistant United States Attorney Kathryn Newman and she has no opposition to allow Defendant Buchannon to travel to and from Michigan to handle his legal matters.  Mr. Buchannon needs to travel to Michigan by Friday, May 1, 2015, of this week in order to meet with his attorney and prepare for his upcoming arraignment.

-1-

2. Counsel has spoken to Pretrial Officer Kamu Kapanui and he has no has no opposition to allow Defendant Buchannon to travel to and from Michigan to handle his legal matters

3. Defendant Buchannon has an outstanding warrant out of the State of Michigan. His appearance is needed in order to satisfy the warrant.

DATED this 27th day of April 2015.

| PITARO & FUMO, CHTD. | DANIEL G BOGDEN<br>UNITED STATES ATTORNEY |
|---|---|
| /s/<br>DUSTIN R. MARCELLO, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR DEFENDANT<br>ROBERT BUCHANNON | /s/<br>KATHRYN NEWMAN, ESQ.<br>ASSISTANT UNITED STATES ATTORNEY<br>333 LAS VEGAS BOULEVARD SOUTH. #5000<br>LAS VEGAS, NEVADA 89101 |

DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554
Fax: 702-474-4210
Attorney for Defendant
DELFINO SOLORZANO

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00257-LDG-PAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE CALENDAR |
| | ) | CALL AND TRIAL |
| DELFINO SOLORZANO | ) | |
| | ) | (Second Request) |
| Defendants. | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel has spoken to Assistant United States Attorney Kathryn Newman and she has no opposition to allow Defendant Buchannon to travel to and from Michigan to handle his legal matters. Mr. Buchannon needs to travel to Michigan by Friday, May 1, 2015, of this week in order to meet with his attorney and prepare for his upcoming arraignment.

2. Counsel has spoken to Pretrial Officer Kamu Kapanui and he has no has no opposition to allow Defendant Buchannon to travel to and from Michigan to handle his legal matters

3. Defendant Buchannon has an outstanding warrant out of the State of Michigan. His appearance is needed in order to satisfy the warrant.

## ORDER

**IT IS ORDERED** that Defendant Robert Buchannon is allowed to travel to and from Michigan to handle is legal matter.

**IT IS FURTHER ORDERED** that Defendant Robert Buchannon informs Pretrial Officer Kapanui of his travel arrangements.

DATED April 29, 2015.

_____
U.S. DISTRICT JUDGE