# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBERT BUCKHANNON; *et.al.*,

        Defendants.

Case No. 2:14–cr–315–JCM–VCF

**ORDER**

MOTION TO SEVER (ECF NO. 48)

      Before the court are Defendant Terry Rawstern's motion to sever (ECF No. 48) and the Government's response (ECF No. 54). Buckhannon has moved to join in Rawstern's motion to sever (ECF No. 49).

      Rawstern argues that severance is appropriate because the Government intends to introduce Buckhannon's testimonial statements at trial. (ECF No. 48) Rawstern also believes it is unlikely that Buckhannon will testify at trial; thus depriving him of an opportunity to cross-examine his co-defendant. (*Id.*) In its response, the Government confirmed that it did intend to use Buckhannon's statements against Rawstern and that it did not oppose the Defendants' motion to sever. (ECF No. 54)

      ACCORDINGLY, and for good cause shown

      IT IS HEREBY ORDERED that Buckhannon's motion for joinder (ECF No. 49) is GRANTED.

      IT IS FURTHER ORDERED that Rawstern's motion to sever (ECF No. 48) is GRANTED

      IT IS SO ORDERED.

      DATED this 29th day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE