UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT BUCKHANNON,<br><br>　　　　　　　　　Defendant. | CASE NO.: 2:14-cr-00315-JCM-VCF<br><br>**[PROPOSED] ORDER TO MODIFY PRETRIAL CONDITIONS OF SUPERVISION**<br>**(THIRD REQUEST)** |

　　　The Court has read and considered the Stipulation regarding the request to modify the conditions of pretrial supervision.  The Court hereby finds that the Stipulation, which the Court incorporates by reference into this order, demonstrates facts that support Defendant Robert Buckhannon's request to modify his pretrial conditions of supervision in this matter.

　　　THEREFORE, FOR GOOD CAUSE SHOWN:

　　　Mr. Buckhannon is allowed to travel from October 26, 2016 to November 13, 2016, to Ecuador for his mother's 75th birthday, as approved by Pretrial Services.

　　　IT IS SO ORDERED.

October 11, 2016
　　　DATE

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
420 S. Rampart Blvd., #420
Las Vegas, Nevada 89145
(702) 880-0000