GENTILE CRISTALLI
MILLER ARMENI SAVARESE
MICHAEL V. CRISTALLI
Nevada Bar No. 6266
Email: mcristalli@gcmaslaw.com
VINCENT SAVARESE, III
Nevada Bar No. 2467
Email: vsavarese@gcmaslaw.com
LAUREN E. PAGLINI
Nevada Bar No. 14254
Email: lpaglini@gcmaslaw.com
410 South Rampart Blvd., Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
Fax: (702) 778-9709
*Attorneys for Defendant, Robert Buckhannon*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-315-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE ROBERT BUCKHANNON'S SENTENCING** |
| ROBERT BUCKHANNON, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between Steven W. Myhre, Acting United States Attorney, Kathryn C. Newman, Esq., Assistant United States Attorney; Michael V. Cristalli, Esq., Vincent Savarese III, Esq., and Lauren E. Paglini, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese, attorneys for Defendant, Robert Buckhannon (hereinafter "Mr. Buckhannon"), that the sentencing currently scheduled for the 31st day of October, 2017, at the hour of 10:00 a.m., in Courtroom 6A of the United States District Court, District of Nevada, be vacated and continued to a date and time convenient to this Honorable Court.

This Stipulation is entered into for the following reasons:

1. Counsel for Mr. Buckhannon did not receive the Revised Presentence Investigation Report until late in the day on Monday, October 23, 2017.

2. Pursuant to Local Rule 32, Mr. Buckhannon's Objections to the Revised

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd., #420
Las Vegas, Nevada 89145
(702) 880-0000

1 of 4

Presence Investigation Report and the Sentencing Memorandum are both currently due on Tuesday, October 24, 2017.

     3.     Counsel for Mr. Buckhannon have not had sufficient time to research, prepare and file the appropriate Objections to the Revised Presence Investigation Report and Sentencing Memorandum on Mr. Buckhannon's behalf.

     4.     Mr. Buckhannon is out of custody. Mr. Buckhannon has no objection to the continuance sought. Assistant United States Attorney, Kathryn Newman, Esq. has no objection to this continuance of the sentence.

     5.     The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

     6.     For all the above-stated reasons, the ends of justice would be best served by the continuance of the deadlines of Mr. Buckhannon's sentencing.

     7.     That this is the first request for a continuance of Mr. Buckhannon's sentencing hearing.

Dated this 24th day of October, 2017.

STEVEN W. MYHRE
ACTING UNITED STATES ATTORNEY

By: /S/ KATHRYN C. NEWMAN
    KATHRYN C. NEWMAN
    Assistant United States Attorney
    Attorneys for Plaintiff,
    UNITED STATES OF AMERICA

Dated this 24th day of October, 2017.

GENTILE CRISTALLI
MILLER ARMENI SAVARESE

By: /S/ MICHAEL V. CRISTALLI
    MICHAEL V. CRISTALLI
    Nevada Bar No. 6266
    VINCENT SAVARESE
    Nevada Bar No. 2467
    LAUREN E. PAGLINI
    Nevada Bar No. 14254
    *Attorneys for Defendant,*
    *Robert Buckhannon*

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd., #420
Las Vegas, Nevada 89145
(702) 880-0000

2 of 4

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROBERT BUCKHANNON, et al.,

Defendants.

CASE NO. 2:14-CR-315-JCM-VCF

## FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

1.      That Counsel for Mr. Buckhannon did not receive the Revised Presentence Investigation Report until late in the day on Monday, October 23, 2017.

2.      Mr. Buckhannon's Objections to the Revised Presentence Investigation Report and the Sentencing Memorandum are both currently due on Tuesday, October 24, 2017.

3.      Counsel for Mr. Buckhannon have not had sufficient time to research, prepare, and file the appropriate Objections to the Revised Presentence Investigation Report and Sentencing Memorandum on Mr. Buckhannon's behalf.

4.      Mr. Buckhannon is out of custody. Mr. Buckhannon has no objection to the continuance sought.  Assistant United States Attorney Kathryn Newman, Esq. has no objection to this continuance of the sentence.

5.      The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

6.      For all the above-stated reasons, the ends of justice would be best served by the continuance of Mr. Buckhannon's sentencing.

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd., #420
Las Vegas, Nevada 89145
(702) 880-0000

8.      That this is the first request for a continuance of Mr. Buckhannon's sentencing hearing.

## CONCLUSIONS OF LAW

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1.      The ends of justice are served by granting said continuance and outweigh the best interest of the public since the failure to grant said continuance would be likely to result in a miscarriage of justice, as it would deny the parties herein sufficient time, and the opportunity, within which to effectively and thoroughly prepare and file appropriate Objections to the Revised Presentence Investigation Report and Sentencing Memorandum on Mr. Buckhannon's behalf taking into account the exercise of due diligence.

## ORDER

**IT IS HEREBY ORDERED** that the sentencing in the above-captioned matter currently scheduled for October 31, 2017, at the hour of 10:00 a.m., in Courtroom 6A of the United States District Court, District of Nevada, is hereby vacated and continued to and continued the **13th day of November, 2017 at 10:30 a.m., in Courtroom 6A.**

DATED October 25, 2017.

_James C. Mahan_

JUDGE JAMES C. MAHAN
UNITED STATES DISTRICT COURT

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd., #420
Las Vegas, Nevada 89145
(702) 880-0000