# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT BUCKHANNON, *et al.*,<br><br>Defendants. | Case No. 2:14-cr-00315-JCM-VCF<br><br>**ORDER**<br><br>MOTION TO FILE EXHIBITS UNDER SEAL (ECF NO. 86) |

Before the Court is Defendant Robert Buckhannon's Motion to File Exhibits to Formal Objection to Presentence Investigation Report (ECF No. 84) and Sentencing Memorandum (ECF No. 85) Under Seal. (ECF No. 86). For the reasons discussed below, Defendant's motion is denied without prejudice.

Under Local Rule IA 10-5(a), "papers filed with the court under seal must be accompanied by a motion for leave to file those documents under seal. … All papers filed under seal will remain sealed until the court either denies the motion to seal or enter an order unsealing them." In this case, Defendant has failed to file the exhibits mentioned in his motion to seal with the Court. Therefore, the Court denies the motion to seal without prejudice to give Defendant the opportunity to comply with LR IA 10-5.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Defendant's Motion to File Exhibits Under Seal (ECF No. 86) is DENIED WITHOUT PREJUDICE.

DATED this 7th day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE