GENTILE CRISTALLI
MILLER ARMENI SAVARESE
MICHAEL V. CRISTALLI
Nevada Bar No. 6266
Email:  mcristalli@gcmaslaw.com
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
Tel:  (702) 880-0000
Fax:  (702) 778-9709
Attorney for Defendant, ROBERT BUCKHANNON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT BUCKHANNON,<br><br>Defendant. | CASE NO. 2:14-cr-00315-JCM-VCF-1 |

**STIPULATION AND ORDER TO CONTINUE SENTENCING (SECOND REQUEST)**

**IT IS HEREBY STIPULATED** by and between Robert Buckhannon, Defendant, by and through his counsel, Michael V. Cristalli, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese, and the Plaintiff, United States of America, by and through Steven W. Myhre, Acting United States Attorney, and Kathryn Newman Assistant United States Attorney, sentencing currently scheduled for November 13, 2017, at 10:30 a.m. be vacated and continued to a date and time convenient to the Court but not earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. This is the first request to continue Mr. Buckhannon's sentencing in this matter.
2. The United States is considering filing a Motion for 5K1.1 adjustment.
3. The United States needs additional time to present the Motion for consideration and approval.
4. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

1 of 4

5. For all the above-stated reasons, the ends of justice would be best served by the continuance of the sentencing date.

6. This is the second request for a continuance of the sentencing date in this matter.

| | |
|---|---|
| STEVEN W. MYHRE<br>ACTING UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | GENTILE CRISTALLI<br>MILLER ARMENI SAVARESE |
| DATED this 9th day of November, 2017. | DATED this 9th day of November, 2017. |
| /s/Kathryn Newman<br>KATHRYN NEWMAN<br>Assistant United States Attorney<br>Attorney for Plaintiff,<br>UNITED STATES OF AMERICA | /s/Michael V. Cristalli<br>MICHAEL V. CRISTALLI<br>Attorney for Defendant,<br>ROBERT BUCKHANNON |

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-cr-00315-JCM-VCF-1 |
| Plaintiff, | |
| vs. | |
| ROBERT BUCKHANNON, | |
| Defendant. | |

## **FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

## **CONCLUSIONS OF LAW**

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. This is the first request to continue Mr. Buckhannon's sentencing in this matter.
2. The United States is considering filing a Motion for 5K1.1 adjustment.
3. The United States needs additional time to present the Motion for consideration and approval.
4. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.
5. For all the above-stated reasons, the ends of justice would be best served by the continuance of the sentencing date.

…
…
…
…
…
…
…

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

6. This is the second request for a continuance of the sentencing date in this matter.

## ORDER

**IT IS HEREBY ORDERED** that the sentencing in this matter scheduled for November 13, 2017, at the hour of 10:30 a.m., is hereby vacated and continued to the **18th day of December, 2017 at 10:00 a.m.,** in Courtroom 6A.

**DATED** this 13th day of November, 2017.

_____
**JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE
CASE NO.: 2:14-cr-00315-JCM-VCF-1**

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000