1  STEVEN W. MYHRE
   Acting United States Attorney
2  KATHRYN NEWMAN
   Assistant United States Attorney
3  Nevada Bar No. 13733
   501 Las Vegas Blvd. South, Suite 11000
4  Las Vegas, Nevada 89101
   (702) 388-6336 (Telephone)
5  (702) 388-6418 (Fax)
   kathryn.newman@usdoj.gov
6
   Counsel for Plaintiff United States
7

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:14-cr-315-JCM-VCF |
| Plaintiff, | |
| vs. | Stipulation to Continue Sentencing |
| Robert Buckhannon, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the parties, Steven W. Myhre, Acting United States Attorney for the District of Nevada, and Kathryn Newman, Assistant United States Attorney, and Michael Cristalli, Esq., counsel for Defendant Robert Buckhannon, that the sentencing date in the above-captioned matter, currently scheduled for December 18, 2017, at 10:00 a.m., be vacated and continued for a date and time no sooner than 30 days.

This stipulation is entered into for the following reasons:

1. Counsel for the Government, Assistant U.S. Attorney Kathryn Newman, will be in trial in *United States v. Jack Morgan,* 2:17-cr-64-KJD-GWF on December 18, 2017. The trial is expected to last one week.

2. Counsel for the Government will be out of the District from the conclusion of the trial through the end of the calendar year.

3. Defendant Robert Buckhannon is not in custody and does not object to the continuation of the sentencing.

                                      STEVEN W. MYHRE
                                      Acting United States Attorney

Date: December 7, 2017                    /s/ *Kathryn Newman*
                                                    KATHRYN NEWMAN
                                                    Assistant United States Attorney

Date: December 7, 2017                    /s/ *Michael Cristalli*
                                                    MICHAEL CRISTALLI, ESQ.
                                                    Counsel for Defendant

## PROPOSED ORDER

IT IS HEREBY ORDERED that the sentencing for Defendant Robert Buckhannon in the above-captioned case currently set for December 18, 2017, at 10:00 a.m., be vacated and continued to **Tuesday, January 23, 2018 at 10:00 a.m.**

DATED December 11, 2017.

                                                                         _____
                                                                         U.S. DISTRICT JUDGE