GENTILE CRISTALLI
MILLER ARMENI SAVARESE
MICHAEL V. CRISTALLI
Nevada Bar No. 6266
Email: mcristalli@gcmaslaw.com
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
Fax: (702) 778-9709
*Attorney for Defendant, Robert Buckhannon*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-cr-00315-JCM-VCF-1 |
| Plaintiff, | |
| vs. | |
| ROBERT BUCKHANNON, | |
| Defendant. | |

**STIPULATION AND ORDER TO CONTINUE SENTENCING (FOURTH REQUEST)**

**IT IS HEREBY STIPULATED** by and between Robert Buckhannon, Defendant, through his counsel, Michael V. Cristalli, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese, and the Plaintiff, United States of America, through Dayle Elieson, Esq., United States Attorney, and Kathryn Newman, Esq., Assistant United States Attorney, that the sentencing currently scheduled for March 26, 2018, at 10:00 a.m. be vacated and continued to a date and time convenient to the Court but not earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. This is the fourth request to continue Mr. Buckhannon's sentencing in this matter.
2. The United States is still contemplating the filing a 5K1.1 Motion.
3. Defense counsel Mr. Michael Cristalli is out of the jurisdiction due to an unforeseen illness and death in his immediate family.
4. The United States needs additional time to consider the Mr. Buckhannon's cooperation for purposes of USSG 5K1.1.

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

1 of 4

5. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would be best served by the continuance of the sentencing date.

| DAYLE ELIESON | GENTILE CRISTALLI |
| --- | --- |
| UNITED STATES ATTORNEY | MILLER ARMENI SAVARESE |

DATED this 20th day of March, 2018.

DATED this 19th day of March, 2018.

/s/Kathryn Newman
DAYLE ELIESON
United States Attorney
KATHRYN NEWMAN
Assistant United States Attorney
*Attorney for Plaintiff,*
*United States of America*

/s/Michael V. Cristalli
MICHAEL V. CRISTALLI
Nevada Bar No. 6266
*Attorney for Defendant,*
*Robert Buckhannon*

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | CASE NO. 2:14-cr-00315-JCM-VCF-1 |
|---|---|
| Plaintiff, | |
| vs. | |
| ROBERT BUCKHANNON, | |
| Defendant. | |

## **FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

## **CONCLUSIONS OF LAW**

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. This is the fourth request to continue Mr. Buckhannon's sentencing in this matter.
2. The United States is still contemplating the filing a 5K1.1 Motion.
3. Defense counsel Mr. Michael Cristalli is out of the jurisdiction due to an unforeseen illness and death in his immediate family.
4. The United States needs additional time to consider the Mr. Buckhannon's cooperation for purposes of USSG 5K1.1.
5. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

…

…

…

…

…

…

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000

6. For all the above-stated reasons, the ends of justice would be best served by the continuance of the sentencing date.

## ORDER

**IT IS HEREBY ORDERED** that the sentencing in this matter scheduled for March 26, 2018, at the hour of 10:00 a.m., is hereby vacated and continued to the **30th day of May, 2018 at 10:30 a.m.**

**DATED** March 21, 2018.

_____
**JAMES C. MAHAN**
**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.: 2:14-cr-00315-JCM-VCF-1**

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd. #420
Las Vegas, Nevada 89145
(702) 880-0000