GENTILE CRISTALLI
MILLER ARMENI SAVARESE
MICHAEL V. CRISTALLI
Nevada Bar No. 6266
Email: mcristalli@gcmaslaw.com
410 South Rampart Boulevard, Suite 420
Las Vegas, Nevada 89145
Tel: (702) 880-0000
Fax: (702) 778-9709
*Attorneys for Defendant, Robert Buckhannon*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ROBERT BUCKHANNON, et al.,<br><br>        Defendants. | CASE NO.: 2:14-CR-00315-JCM-VCF<br><br>**STIPULATION AND**<br>**ORDER TO MODIFY CONDITIONS OF**<br>**PROBATION** |

Defendant, Robert Buckhannon ("Mr. Buckhannon"), by and through his attorney of record, Michael V. Cristalli, Esq., of the law firm of Gentile Cristalli Miller Armeni Savarese, and Plaintiff, United States of America, by and through its attorneys of record, Dayle Elieson, Esq., United States Attorney, and Kathryn Newman, Esq., Assistant United States Attorney, and hereby stipulate to the following:

1.    That Mr. Buckhannon has been in full compliance with Pretrial Services since being in place on supervision.

2.    That Mr. Buckhannon was sentenced on June 6, 2018, by the Honorable Judge Mahan and placed on three (3) years probation.

3.    That at the time of sentence and disposition counsel for the government and Mr. Buckhannon failed to address issues of Mr. Buckhannon's travel while on probation as it was assumed that it would remain the same as his pretrial travel conditions.

4.    That the Department of Parole and Probation advised that Mr. Buckhannon cannot

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd., #420
Las Vegas, Nevada 89145
(702) 880-0000

travel outside of Clark County, Nevada. On August 1, 2017, at the time of Mr. Buckhannon's change of plea, the government and defense counsel agreed that Mr. Buckhannon's passport be returned to Mr. Buckhannon. The request was thereupon granted by the Court. (See Transcript of Change of Plea, pg. 29, ln. 5-25 attached hereto as Exhibit "A"). It was the intention of the government and defense counsel that Mr. Buckhannon have unrestricted domestic and international travel upon notification pretrial services.

4.    That it is the continued request of the parties that upon notification to probation Mr. Buckhannon be allowed to have unrestricted travel both domestically and internationally.

5.    That Mr. Buckhannon is scheduled to attend his son's rehearsal dinner and wedding in Michigan on June 8, 2018.

6.    That Mr. Buckhannon is currently employed by a pharmaceutical company based in Colorado. Mr. Buckhannon wishes to relocate and domicile in Colorado. His employment involves conducting clinical trials in the United States, Europe, Central and South America. As restitution has been ordered, it is the intention of the parties that Mr. Buckhannon be allowed to continue his employment which requires both domestic and international travel

7.    That Assistant United States Attorney Kathryn Newman has no objection to Mr. Buckhannon having any unrestricted travel upon notification to his probation officer.

DAYLE ELIESON
UNITED STATES ATTORNEY

GENTILE CRISTALLI
MILLER ARMENI SAVARESE

By:_  /s/ Kathryn Newman_____
KATHRYN NEWMAN
Assistant United States Attorney
Attorney for Plaintiff

By:__ /s/ Michael Cristalli_____
MICHAEL V. CRISTALLI
Attorney for Defendant
ROBERT BUCKHANNON

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd., #420
Las Vegas, Nevada 89145
(702) 880-0000

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT BUCKHANNON, et al.,<br><br>Defendants. | CASE NO.: 2:14-CR-00315-JCM-VCF<br><br>**ORDER TO MODIFY CONDITIONS OF RELEASE** |

The Court has read and considered the Stipulation regarding the request to modify the conditions of Defendant's Conditions of Release. The Court hereby finds that the Stipulation, which the Court incorporates by reference into this Order, demonstrates facts that support Defendant, Robert Buckhannon's request to modify his conditions of supervision in this matter.

THEREFORE, FOR GOOD CAUSE SHOWN:

IT IS HEREBY ORDERED that upon notification to his Probation Officer, Mr. Buckhannon shall be permitted to travel without restrictions.

DATED June 7, 2018.

_____
THE HONORABLE JAMES C. MAHAN

Gentile Cristalli
Miller Armeni Savarese
Attorneys At Law
410 S. Rampart Blvd., #420
Las Vegas, Nevada 89145
(702) 880-0000

# EXHIBIT "A"

# EXHIBIT "A"

1                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
2          BEFORE THE HONORABLE JAMES C. MAHAN, DISTRICT JUDGE

3

4    UNITED STATES OF AMERICA,           :
                                         :
5            Plaintiff,                  :
                                         : No. 2:14-cr-00315-JCM-VCF
6        vs.                             :
                                         :
7    ROBERT BUCKHANNON,                  :
                                         :
8            Defendant.                  :
    _____    :
9

10

11                  TRANSCRIPT OF CHANGE OF PLEA

12

                          August 1, 2017
13

14                      Las Vegas, Nevada

15

16

17
     FTR No. 6A/20170801 @ 10:00 a.m.
18

19

20   Transcribed by:        Donna Davidson, CCR, RDR, CRR
                            (775) 329-0132
21                          dodavidson@att.net

22

23

24

25   (Proceedings recorded by electronic sound recording,
     transcript produced by mechanical stenography and computer.)

TRANSCRIBED FROM DIGITAL RECORDING

1                    A P P E A R A N C E S

2

3      FOR THE PLAINTIFF:

4      KATHRYN C. NEWMAN
       Assistant United States Attorney
5      501 Las Vegas Boulevard South
       Suite 1100
6      Las Vegas, Nevada 89101
       (702) 388-6583
7      kathryn.newman@usdoj.gov

8

9      FOR THE DEFENDANT:

10     MICHAEL CRISTALLI
       Gentile Cristalli Miller Armeni Savarese
11     410 South Rampart Boulevard
       Suite 420
12     Las Vegas, Nevada  89145
       (702) 880-0000
13     Fax:  (702) 778-9709
       mcristalli@gcmaslaw.com

14

15

16

17

18

19

20

21

22

23

24

25

1  I could always deny it if I can't.  But with that one, I

2  can't even -- I can't respond to it, because they'll do the

3  assignment over there.

4          MR. CRISTALLI:  Fair enough.

5          And then just one final request.  The government

6  and defense have agreed that upon entry of plea that

7  Mr. Buckhannon's passport could be returned to him.

8          MS. NEWMAN:  Yes, Your Honor.  He's traveled

9  several times and has always returned and has had no

10  probation violations.

11          THE COURT:  Okay.  That will be the order then.

12  Return the passport then.

13          THE DEFENDANT:  Thank you, Your Honor.

14          MR. CRISTALLI:  Thank you.

15          THE COURT:  Yes, sir.  You're welcome.

16          Nothing else then?

17          MR. CRISTALLI:  No, sir.

18          MS. NEWMAN:  Thank you.

19          THE COURT:  All right.  Thank you.  Then we'll

20  be in recess.  Thank you.

21          COURTROOM ADMINISTRATOR:  All rise.

22      (The proceedings concluded at 2:57 p.m.)

23              *     *     *

24

25